UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MIKE SETTLE, ) | |
| ) | Case No. 3:19-cv-32 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge H. Bruce Guyton |
| MICHAEL PARRIS, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum order filed contemporaneously herewith, Defendant's motion for summary judgment (Doc. 40) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. Because the Court certified in its memorandum opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 */s/ John L. Medearis*
 CLERK OF COURT